UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PABLO LOPEZ SANTIAGO and ANGEL CACERES,<br><br>                            Plaintiffs,<br><br>                -v.-<br><br>PESCE PASTA QUATTRO INC., and JAMES MARCHIGNOLI, and CHRISTOPHER MARCHIGNOLI,<br><br>                           Defendants. | 18 Civ. 10487 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

      By letter dated July 15, 2020 (Dkt. #46), the parties notified the Court that they have reached a settlement in this case. Accordingly, the parties are instructed to file their completed settlement agreement along with a joint letter regarding the fairness of the settlement agreement on or before August 17, 2020, for this Court's review in accordance with the FLSA and Second Circuit law, *see, e.g.*, *Cheeks* v. *Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015).

      SO ORDERED.

Dated:  July 16, 2020
             New York, New York

                                                        KATHERINE POLK FAILLA
                                                   United States District Judge